UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XOTIC SMOKES INC, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-07628-NC<br><br>**ORDER TO SHOW CAUSE RE PERSONAL JURISDICTION OVER MULHAM ALHAMDANI**<br><br>Re: ECF 48 |

Plaintiff GS Holistic moves for default judgment against defendants Xotic Smokes, Murad, Mulham, and Hashem Alhamdani, and Entesar Dargan. ECF 48. This Court does not find it has personal jurisdiction over Mulham Alhamdani and orders GS to show cause why Mulham should not be dismissed for lack of personal jurisdiction.

GS consistently served Mulham Alhamdani in Ohio. *See* ECF 19, 37, 49. GS does not explain Mulham's Ohio address in its complaint or motion for default judgment. *See* ECF 1, 48. This Court finds GS's contention that Mulham is domiciled in California and thus this Court has general personal jurisdiction over him suspect: Mulham was the only defendant not served at a California address. *See, e.g.*, ECF 49. And GS has not demonstrated Mulham is otherwise subject to specific personal jurisdiction. *See Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 802 (9th Cir. 2004) (outlining three-part test for specific personal jurisdiction).

GS must show cause why this Court should not recommend dismissal of Mulham Alhamdani for lack of personal jurisdiction. GS must reply in writing by March 15, 2024. If GS fails to reply, this Court will recommend dismissing Mulham for lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 1, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge