UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

    Plaintiff,

v.

XOTIC SMOKES INC, et al.,

    Defendants.

Case No. 22-cv-07628-JSW

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On June 21, 2024, the Court adopted, in part, Judge Cousins' Report and Recommendation on Plaintiff GS Holistic, LLC's motion for default judgment. (Dkt. No. 59.) In its Order, the Court granted default judgment as to the corporate defendant, Xotic Smokes Inc., but denied the motion as to individual defendants Murad Alhamdani, Hashem Alhamdar, and Entesar Dargan. (*Id.* at 6.) The Court granted leave to file a renewed motion by July 22, 2024. (*Id.*)

Plaintiff did not file a renewed motion, nor has any further activity occurred in this action.

Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute, by November 13, 2024. The Court will accept a notice of voluntary dismissal as a response to this Order.

**IT IS SO ORDERED.**

Dated: October 30, 2024

JEFFREY S. WHITE
United States District Judge